IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MICHELLE WHEATON (#103964), | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-06-1729 |
| | § | |
| CONROE POLICE DEPARTMENT, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## FINAL JUDGMENT

For the reasons set out in the Court's *Memorandum and Order* of even date, this case is **DISMISSED** with prejudice.

This is a **FINAL JUDGMENT**.

The Clerk will provide copies of this order to the parties.

SIGNED at Houston, Texas on **May 26, 2006.**

Nancy F. Atlas
United States District Judge